03 027 CNR:SH 6/2/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**MOTION TO COMPEL PRODUCTION**

Now comes the plaintiff, John Valvo, and moves that defendant, Trans Union, LLC, be compelled to furnish documents listed in Plaintiff's Third Request for Production; a copy of which is attached hereto. Plaintiff requests a thirty day order.

I hereby certify that I have, in good faith, conferred or attempted to confer with counsel of record in an effort to secure the information or material without court action.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadephia, PA 19103

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: June 2, 2005 S. Harrison

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT**

You are hereby requested to produce the following documents to be mailed to KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, RI 02903, within forty (40) days from the date of service hereof:

1. Trans Union's policy manuals, procedure manuals or other documents which address its policies, practices and procedures in the investigation or reinvestigation of credit data.

2. Any statistics compiled on an annual basis about the number of disputes Trans Union received complaining of or disputing inaccurate data allegedly due to mixed credit files during the years 1999 through 2004 inclusive.

3. Any and all policy manuals, procedure manuals or other recordings or documents of any kind which address policies, practices and procedures in assuring the maximum possible accuracy of data posted, maintained or disseminated by Trans Union.

4. Each archived consumer disclosure and subscriber version credit report maintained about plaintiff for the years 1995 to 2004 inclusive.

5. A complete copy of each and every consumer history search summary for all File Identification Number data files generated by Trans Union's computer system and which has been included or attached to any disclosure or credit report pertaining to or about plaintiff.

6. A copy of each scan, A name scans at and A archived credit data files at or otherwise archived reports or data file generated which contain any of plaintiff's personal identifiers. This request includes parallel archived data files.

7. Transcripts of testimony of deposition or in court of Eileen Little in the years 1997 to 2004 inclusive.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadephia, PA 19103

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: March 3, 2005

S. Hanson