03 027 CNR:SH 6/7/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JOHN VALVO
VS
TRANS UNION, LLC

C. A. NO. 04 70S

| DEPONENT | DATE | TIME |
|---|---|---|
| **KEEPER OF RECORDS, BANK OF AMERICA (FLEET BANK)** | **JUNE 20, 2005** | **1:00 P.M.** |
| **KEEPER OF RECORDS, CITIZENS BANK** | **JUNE 20, 2005** | **1:30 P.M.** |
| **PERSON WITH MOST KNOWLEDGE CITIZENS BANK – RULE 30(b)6** | **JUNE 20, 2005** | **2:00 P.M.** |
| **PERSON WITH MOST KNOWLEDGE, BANK OF AMERICA (FLEET BANK – RULE 30(b) 6** | **JUNE 20, 2005** | **3:00 P.M.** |

Please take notice that the testimony on oral examination of the above named deponent will be taken before a Notary Public of the State of Rhode Island on the above date and thereafter from day to day as the taking of the deposition may be adjourned at the office of **KIERNAN, PLUNKETT & REDIHAN, 91 FRIENDSHIP STREET, PROVIDENCE, RI 02903** at which time and place you are notified to appear and take such part in the examination as may be advised and as shall be fit and proper.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St., 30th Floor
Philadephia, PA 19103

Ms. Diane DeStefano

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: June 7, 2005

S. Harrison