**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN VALVO, Plaintiff, v. TRANS UNION LLC, Defendant. | ) | C.A. No: 04-70-S |

**TRANS UNION LLC'S ASSENTED TO MOTION**
**TO EXCEED LOCAL RULE 12.1 PAGE LIMITS**

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, with the assent of plaintiff's counsel, moves this Court for permission to exceed the page limitations set forth in Local Rule 12.1.

Respectfully submitted,

CONRAD M. CUTCLIFFE
~~KEVIN GLAVIN~~
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900; Fax: (401) 331-7001

*Of Counsel:*
Bruce S. Luckman
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688
*Counsel for Defendant, Trans Union LLC*
DATED: June 20, 2005

# CERTIFICATION

I, the undersigned, hereby certify that on the 20 day of June, 2005, a copy of the within Trans Union LLC's Assented to Motion to Exceed Local Rule 12.1 Page Limits was mailed to the following Attorney of Record for the Plaintiff:

Charles N. Redihan, Jr.. Esq.
Providence, RI 02903

Kevin C. Glavin