03 027 CNR:SH 6/23/05

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, John Valvo, and moves this Court pursuant to Rule 6 to extend the time for responding to defendant's motion for summary judgment to July 21, 2005.

Plaintiff requires the additional time to confer with an expert witness who is located outside the state to prepare affidavits and respond to the motion. Plaintiff anticipates filing the pre-trial memorandum on July 20 as ordered by the Court and will not seek an extension of time to do this.

The granting of this motion will not delay the trial of this matter.

I have made a good faith attempt to confer with opposing counsel before filing the motion.

Counsel for defendant has indicated to me that he has no objection to the motion.

Plaintiff, by his attorneys,

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

GRANTED
WEM
William E. Smith
U.S. District Judge
6/29/05