IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN VALVO<br>Plaintiff | : | |
| V. | : | C.A. NO. 04-70-S |
| TRANS UNION, LLC<br>Defendant | : | |

TRANS UNION LLC'S ASSENTED TO MOTION TO EXCEED LOCAL RULE 12(a) PAGE LIMITS FOR EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT

TRANS UNION, LLC ("Trans Union"), by and through its undersigned attorneys, with the assent of Plaintiff's Counsel, moves the Court for permission to exceed the page limitation set forth in Local Rule 12(a) for its exhibits appended to its Motion for Summary Judgment. The appended exhibits total 41 pages.

Respectfully submitted,

GRANTED
William E. Smith
U.S. District Judge
6/29/05

Kevin C. Glavin, Esq.
Cutcliffe Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903
(401) 454-1900

Of Counsel:
Bruce S. Luckman, Esq.
Kogan Trichon & Werthmeier
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575-7600