03 027 CNR:SH 6/2/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUN 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**MOTION TO COMPEL PRODUCTION**

Now comes the plaintiff, John Valvo, and moves that defendant, Trans Union, LLC, be compelled to furnish documents listed in Plaintiff's Third Request for Production; a copy of which is attached hereto. Plaintiff requests a thirty day order.

I hereby certify that I have, in good faith, conferred or attempted to confer with counsel of record in an effort to secure the information or material without court action.

7/7/05: PASSED AT PLAINTIFF'S REQUEST.
USMJ

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadephia, PA 19103

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: June 2, 2005

S. Harrison