03 027 CNR:SH 7/7/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**JOINT MOTION TO CONTINUE TRIAL**

Now come the parties in this matter and jointly request a continuance of the trial in this matter. The Court has scheduled a trial calendar call on July 19 and jury empanelment on August 2.

Counsel for defendant has a previously scheduled pretrial on July 18 and a jury trial on August 2 in the United States District Court for the Eastern District of Kentucky, Lexington Division, in Swanson v Equifax and Trans Union 5:03-255, J.M.H. Two of defendant's witnesses in the instant case are also scheduled to testify in the Swanson matter.

Plaintiff's expert, Richard Lefebvre, is suffering from cancer and is presently undergoing chemotherapy and radiation treatment which will continue until August 31. This has already caused great difficulty in preparing for trial and will cause great difficulty both in preparing the pretrial memorandum and in further preparing for trial since his availability and ability to work have been extremely limited. Mr. Lefebvre should be available for trial in September.

Trans Union's consent to this motion shall not waive its right to assert all appropriate challenges and objections to plaintiff's proposed expert

It is respectfully requested that motion to continue the trial to the Court's next trial calendar be granted for reasons set forth herein

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

Kevin C. Glavin (1380)
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903
(401) 454 1900
(401) 331 7001 FAX

Bruce S. Luckman
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadephia, PA 19103
(215) 575 7600
(215) 575 7688 FAX