03 027

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED JUL 25 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

JOHN VALVO

VS C.A. NO. 04 70S

TRANS UNION, LLC

**MOTION TO EXCEED**

Now comes the plaintiff, John Valvo, and hereby moves for permission to exceed the 20 page limit for its exhibits and to file 37 pages of exhibits. Defendant, Trans Union, LLC, has no objection to this motion.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadephia, PA 19103

GRANTED
William E. Smith
U.S. District Judge
7/26/05

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: July 25, 2005