# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

---

# ***NOTICE***

***JOHN VALVO***

***v.*** ***CA04-70S***

***TRANS UNION LLC***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***
Trans Union LLC's Motion for Summary Judgment

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***SEPTEMBER 8, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***
Jeannine Theall
Jeannine Theall
Deputy Clerk
Date: August 2, 2005

**NOTICE SENT TO:** **CREECH, CUTCLIFFE, GLAVIN, LUCKMAN, PLUNKETT, REDIHAN**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.