IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN VALVO<br>Plaintiff | : | |
| V. | : | C.A. NO. 04-70-S |
| TRANS UNION, LLC<br>Defendant | : | |

TRANS UNION LLC'S MOTION TO EXCEED
LOCAL RULE 12(a) PAGE LIMITS FOR ITS REPLY
MEMO TO PLAINTIFF'S OBJECTION TO SUMMARY JUDGMENT

TRANS UNION, LLC ("Trans Union"), by and through its undersigned attorneys, moves this Court for permission to exceed the page limitation set forth in Local Rule 12(a) for its reply memo to plaintiff's objection to Trans Union's Motion for Summary Judgment. The reply memo totals thirteen pages.

Respectfully submitted,

Kevin C. Glavin, Esq.
Cutcliffe Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903
(401) 454-1900

Of Counsel:
Bruce S. Luckman, Esq.
Kogan Trichon & Werthmeier
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575-7600

## CERTIFICATION

I, the undersigned, hereby certify that on the 16 day of August, 2005, a copy of the within Trans Union LLC's Motion to Exceed Local Rule 12(a) Page Limits for Reply Memo to Plaintiff's Ojbection to Summary Judgment was mailed to the following Attorney of Record for the Plaintiff:

Charles N. Redihan, Jr., Esq.
Kiernan Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Kevin C. Glavin