IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN VALVO<br>Plaintiff | : | |
| V. | : | C.A. NO. 04-70-S |
| TRANS UNION, LLC<br>Defendant | : | |

FILED
AUG 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TRANS UNION LLC'S MOTION TO EXCEED
LOCAL RULE 12(a) PAGE LIMITS FOR ITS REPLY
MEMO TO PLAINTIFF'S OBJECTION TO SUMMARY JUDGMENT

TRANS UNION, LLC ("Trans Union"), by and through its undersigned attorneys, moves this Court for permission to exceed the page limitation set forth in Local Rule 12(a) for its reply memo to plaintiff's objection to Trans Union's Motion for Summary Judgment. The reply memo totals thirteen pages.

Respectfully submitted,

Kevin C. Glavin, Esq.
Cutcliffe Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903
(401) 454-1900

Of Counsel:
Bruce S. Luckman, Esq.
Kogan Trichon & Werthmeier
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575-7600

GRANTED

William E. Smith
U.S. District Judge
8/17/05