03 027

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:**

The time within which the plaintiff may respond to defendant's motion to strike is extended to September 2, 2005, by agreement of the parties.

CHARLES N. REDIHAN, JR. (1810)

(PLAINTIFF'S ATTORNEY – PRINTED NAME) (SIGNATURE)

KEVIN C. GLAVIN

(DEFENDANT'S ATTORNEY – PRINTED NAME) (SIGNATURE)

BRUCE S. LUCKMAN

(DEFENDANT'S ATTORNEY – PRINTED NAME) (SIGNATURE)

DATED: August 25, 2005

ENTER WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/26/05