03 027 CNR:SH 9/1/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**AFFIDAVIT OF CHARLES N. REDIHAN, JR.**

I, Charles N. Redihan, Jr., being duly sworn upon oath, say:

1. I first contacted Richard Lefebvre, plaintiff's expert, by mail on March 10, 2005.

2. At the end of March or beginning of April, I had a brief telephone conversation about the case with Mr. Lefebvre.

3. Mr. Lefebvre informed me that he was going to be hospitalized in April. I later learned that treatment included chemotherapy.

4. On April 11, 2005, I sent him copies of the parties' interrogatory answers to review.

5. I attempted to contact him by telephone in late April and early May without success.

6. On May 5 I sent him a letter requesting that he contact me.

7. In the second week of May, I had a brief phone conversation with Mr. Lefebvre in which he requested additional discovery materials which were sent to him on May 17 by overnight mail.

8. I had a telephone conversation with him on June 16 regarding the merits of the case.

9. On or about June 20, I supplemented plaintiff's answers to interrogatories to include his name as an expert.

10. Mr. Lefebvre informed me at the end of June that he would be moving to Loma Linda, California, for the months of July and August, 2005 to undergo radiation and chemotherapy treatment.

11. The affidavit which I received from Mr. Lefebvre in the latter part of July is the only written material that I have received from him about this case.

12. I have not yet received an expert's report .

13. On August 31, 2005, Mr. Lefebvre faxed me the attached letters from Loma Linda Medical Center about his treatment and condition.

Charles N. Redihan, Jr.

Subscribed and sworn to before me under penalty of perjury this 2nd day of September, 2005.

Bernice Del Signore
Notary Public

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadephia, PA 19103

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: 9.2.05 S. Harrison

**Loma Linda University Medical Center**

Department of Radiation Medicine

11234 Anderson Street
Post Office Box 2000
Loma Linda, California 92354
(909) 558-[illegible]
FAX (909) 558-[illegible]

June 17, 2005

To Whom It May Concern:
Re: Robert Lefebvre

Mr. Lefebvre has been diagnosed with small cell carcinoma of the paranasal sinus with neuroendocrine features.

Mr. Lefebvre has undergone much stress and anxiety since receiving report of his diagnosis. He has experienced a 30 pound weight loss even prior to receiving any treatment.

In April he began chemotherapy. This first line of treatment brought about such extreme side effects (fatigue, malaise, nausea, vomiting) Mr. Lefebvre required hospitalization.

Presently, the plan is for Mr. Lefebvre to continue with his chemotherapy while plans are being drawn for his proton radiation therapy. Radiation is expected to begin with in one week and proceeds for a total of 40 treatments. With close supervision and proactive management, Mr. Lefebvre will remain on his chemo throughout the radiation. Expected side effects also include weight loss and fatigue.

It is strongly recommended that Mr. Lefebvre reduce his outside stress (emotional and physical) as much as possible during active treatment and during the post treatment period to promote healing.

Respectfully,

Maryellen McCarthy, RN, BS, CCM
Case Manager/ Head, Neck Service
909-558-[illegible]

LOMA LINDA UNIVERSITY MEDICAL CENTER

DEPARTMENT OF RADIATION MEDICINE

11234 Anderson Street
Post Office Box 2000
Loma Linda, California [illegible]
[illegible]
FAX [illegible]

*August 3, 2005*

*To Whom It May Concern:*
*Re: Richard Lefebvre*

*Mr. Lefebvre has been diagnosed with small cell carcinoma of the paranasal sinus with neuroendocrine features.*

*Mr. Lefebvre has undergone much stress and anxiety since receiving report of his diagnosis. He has experienced a 30-pound weight loss even prior to receiving any treatment.*

*In April he began chemotherapy. This first line of treatment brought about such extreme side effects (fatigue, malaise, nausea, vomiting) Mr. Lefebvre required hospitalization.*

*Presently, Mr. Lefebvre has been receiving radiation therapy at our facility since June 2005. He is expected to complete his course of treatment at the end of August 2005 for a total of 40 treatments. He is closely monitored by our team on a daily basis and is seen by his radiation oncologist weekly and as needed to evaluate the treatment plan as well as manage expected and unexpected radiation side effects.*

*It is strongly recommended that Mr. Lefebvre reduce his outside stress (emotional and physical) as much as possible during active treatment and during post treatment period to promote healing.*

*Respectfully,*

*Maryellen McCarthy, RN, BS, CCM*
*Case Manager/ Head, Neck Service*
*909-558-4267*