UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-70S** **DATE: September 8, 2005**

**TITLE: John Valvo v. Trans Union**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Charles Redihan, Esq.
Robert Valvo, Esq. (Observing)
Bruce Luckman, Esq.
Kevin Glavin, Esq.

**PROCEEDING:** Trans Union LLC's Motion for Summary Judgment
Trans Union LLC's Motion to Strike Untimely Affidavit of Richard Lefebvre

Attorneys argue.

**RULING:** Court takes under advisement.
R&R to follow.