03 027 CNR:SH 11/10/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**MOTION TO SUPPLEMENT THE RECORD AND OFFER ADDITIONAL EVIDENCE**

Now comes the plaintiff, John Valvo, and moves the Court for permission to supplement the record and offer additional evidence in its Objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated October 27, 2005. Plaintiff wishes to include pages 72, 75 and 77 - 80 of the deposition of Eileen Little as part of plaintiff's objection. A memorandum in support of the motion is attached hereto.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadelphia, PA 19103

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: November 10, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOHN VALVO

VS C. A. NO. 04 70S

TRANS UNION, LLC

**MEMORANDUM IN SUPPORT OF**
**MOTION TO SUPPLEMENT THE RECORD**
**AND OFFER ADDITIONAL EVIDENCE**

On October 27, 2005, Magistrate Judge Almond issued his Report and Recommendation with respect to defendant's Motion for Summary Judgment. The Magistrate Judge granted the motion in part and denied it in part. Plaintiff has objected to the decision. In order to clarify the facts in the matter and clarify plaintiff's argument for the Court, plaintiff seeks to include additional pages of the deposition of Eileen Little, a supervisor employed by defendant, to the record.

Plaintiff has previously filed portions of the deposition with the Court. Pages 69, 70, 71, 73, 74 and 76 were submitted as exhibits with plaintiff's objection to the motion for summary judgment. To clarify the record and make the transcript easier to understand, plaintiff wishes to include pages 72, 75 and 77 through 80 . This will be offered as a single exhibit of 12 pages with plaintiff's objection (Exhibit E). The additional testimony deals with matters which were mentioned by counsel in the course of arguing the motion but were not included in the papers filed by either party. Rule 32 ( c)2 of the Local Rules provides that a District Judge deciding an objection to the report and recommendation of a Magistrate Judge may receive additional evidence. It is respectfully requested that plaintiff's motion be granted.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadelphia, PA 19103

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: November 10, 2005 ______________________ S Harrison