IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN VALVO,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | C.A. No: 04-70-S |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO OBJECTION TO MAGISTRATE REPORT AND RECOMMENDATION**

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, moves, unopposed, for a one week extension of time until December 2, 2005 to respond to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation.

1. On November 10, 2005, Plaintiff served an Objection to the Report and Recommendation of Lincoln D. Almond, U.S.M.J. Trans Union's Response is due Friday, November 25, 2005.

2. Bruce S. Luckman, Esq., lead counsel for Trans Union, is unable to prepare a response at this time because he has out sick and may not return before the Thanksgiving holiday. Accordingly, Trans Union respectfully requests a brief extension of time of one week, until December 2, 2005, to respond to Plaintiff's Objection.

3. Counsel for Trans Union has conferred with counsel for Plaintiff. Plaintiff does not object to this request.

WHEREFORE, Defendant Trans Union LLC respectfully requests, unopposed, a one week extension of time, until Friday, December 2, 2005, to Respond to Plaintiff's Objection to the Magistrate Report and Recommendation.

Respectfully Submitted,

CONRAD M. CUTCLIFFE
KEVIN GLAVIN
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900; Fax: (401) 331-7001

*Of Counsel:*

BRUCE S. LUCKMAN *(pro hac vice)*
TIMOTHY P. CREECH *(pro hac vice)*
KOGAN, TRICHON, & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688

*Counsel for Defendant,*
*Trans Union LLC*

DATED: 11/23/05