03 027 CNR:SH 11/10/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED

NOV 1 0

JOHN VALVO

VS C. A. NO. 04-70S U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

TRANS UNION, LLC

**MOTION TO SUPPLEMENT THE RECORD AND OFFER ADDITIONAL EVIDENCE**

Now comes the plaintiff, John Valvo, and moves the Court for permission to supplement the record and offer additional evidence in its Objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated October 27, 2005. Plaintiff wishes to include pages 72, 75 and 77 - 80 of the deposition of Eileen Little as part of plaintiff's objection. A memorandum in support of the motion is attached hereto.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 South Main Street, Suite 300
Providence, RI 02903

Mark E. Kogan, Esq.
Bruce S. Luckman, Esq.
Timothy P. Creech, Esq.
Saltzberg,Trichon,Kogan & Wertheimer,PC
1818 Market St., 30th Floor
Philadelphia, PA 19103

GRANTED
William E. Smith
U.S. District Judge
11/29/05

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: November 10, 2005

S. Harrison