UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| John Valvo,<br>Plaintiff,<br>v.<br>Trans Union LLC,<br>Defendant. | C.A. No. 04-70 S |

**ORDER**

Before the Court is Plaintiff's Appeal of Magistrate Judge Lincoln D. Almond's Memorandum and Order, dated October 27, 2005. Judge Almond granted, in part, Defendant's Motion to Strike, ruling only that the Affidavit of Richard Lefebvre would not be considered at the summary judgement stage. After review of the Memorandum and Order, Plaintiff's Appeal, and Defendant's Opposition, the Court finds that nothing in the Memorandum and Order is "clearly erroneous or contrary to law." Fed. R. Civ. Pro. 72(a). Accordingly, Plaintiff's Appeal is DENIED.

ENTER:

Deputy Clerk

It is so ordered.

William E. Smith
United States District Judge

Date: 1/5/06