UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| John Valvo, Plaintiff, v. Trans Union LLC, Defendant. | C.A. No. 04-70 S |

**ORDER**

Before the Court is Plaintiff's Objection to Magistrate Judge Lincoln D. Almond's Report and Recommendation, dated October 27, 2005. Magistrate Judge Almond denied in part, and granted in part, Defendant's Motion for Summary Judgment. Oral Argument on Plaintiff's Objection was held on January 5, 2006. Review of the Report and Recommendation is de novo. Fed. R. Civ. P. 72(b).

After review of the Report and Recommendation, Plaintiff's Objection, and Defendant's Opposition, the Court finds that the thorough and well reasoned analysis set forth in the Report and Recommendation is supported by the factual record and the applicable law. The Court further finds that Plaintiff's Objection to the Report and Recommendation is without merit. Therefore, the Court adopts and accepts the October 27, 2005, Report and Recommendation in total.

Accordingly, Plaintiff's Objection to the Report and Recommendation is DENIED and Defendant's Motion for Summary

Judgment is GRANTED as to all of Plaintiff's state law claims (Counts II, III, IV, and V), and as to Plaintiff's claim for a willful violation of the FCRA under Count I; Defendant's Motion for Summary Judgment is DENIED as to Plaintiff's claim for negligent violation of the FCRA under Count I.

ENTER:

[signature]

Deputy Clerk

It is so ordered.

[signature]

William E. Smith
United States District Judge

Date: 1/6/06