**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN VALVO, Plaintiff, | ) | |
| v. | ) | |
| TRANS UNION LLC, Defendant. | ) | C.A. No: 04-70-S |

**TRANS UNION LLC'S MOTION TO WITHDRAW**
**MOTION TO STRIKE WITNESS (Dkt#81)**

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, states as follows in support of its Motion to Withdraw Motion to Strike Witness (Richard LeFebvre)(Dkt# 81): Counsel for Trans Union wrote to counsel for plaintiff, Charles Redihan to determine whether Mr. LeFebvre was available to be deposed in the event Trans Union's Motion to Strike was denied. On January 17, 2006, Mr. Redihan advised Trans Union in writing that plaintiff will not call Mr. LeFebvre as a witness at trial. Accordingly, Trans Union now moves this Honorable Court for permission to withdraw the Motion to Strike, Dkt#81 as moot.

Respectfully submitted,

CONRAD M. CUTCLIFFE
KEVIN GLAVIN
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900; Fax: (401) 331-7001

*Of Counsel:*
Bruce S. Luckman
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688
*Counsel for Defendant, Trans Union LLC*
DATED: January , 2006

**CERTIFICATION**

I hereby certify that on this 18 day of January, 2006, I mailed a true copy of the within to Charles N. Redihan, Jr., Esquire, KIERNAN, PLUNKETT & REDIHAN, 91 Friendship Street, Providence, Rhode Island 02903.

______________________