FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1/20/06: WITHDRAWN BY DEFENDANT. (SEE DOC. # 82.)
USMJ

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOHN VALVO,<br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | C.A. No: 04-70-S |

**TRANS UNION LLC'S MOTION TO STRIKE PLAINTIFF'S UNTIMELY AND IMPROPER IDENTIFICATION OF RICHARD LeFEBVRE**

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, moves, pursuant to Fed.R.Civ.P. 26 and 37(c) to strike plaintiff's identification of Richard LeFebvre as a witness at trial for failure to timely identify the witness in response to specific discovery responses or under Fed.R.Civ.P. 26, failure to identify LeFebvre as an expert or to serve a report, and for the reasons and authorities for this motion is set forth more fully in the attached Memorandum of Law.