IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 24 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| JOHN VALVO, Plaintiff, | ) | C.A. No: 04-70-S |
| v. | ) | |
| TRANS UNION LLC, Defendant. | ) | |

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1), plaintiff and Defendant, Trans Union LLC stipulate that the claim herein may be dismissed as to Trans Union LLC in accordance with the parties' settlement agreement, without costs or fees to any party.

ENTERED this _____ day of ____________, 2006.

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/27/06

UNITED STATES DISTRICT JUDGE

THE PLAINTIFF

By_______________
Charles N. Redihan, Jr.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900

TRANS UNION LLC

By_______________
Kevin Glavin
CUTCLIFFE, GLAVIN & ARCHETTO
155 S. Main St., Suite 300
Providence, RI 02903-2963
(401) 454-1900